.        **IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**JOE HENRY SCOTT, #258485,**              :

      **Plaintiff,**                        :

**vs.**                                :        **CIVIL ACTION 09-0590-WS-C**

**ALABAMA DEPARTMENT**                  :
**OF CORRECTIONS,**
                                        :
      **Defendant.**

                                **ORDER**

After due and proper consideration of all portions of this file deemed relevant to

the issues raised, and there having been no objections raised, the Report and

Recommendation of the Magistrate Judge dated January 6, 2010 and made pursuant 28

U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that

plaintiff's existing claims are **DISMISSED WITHOUT PREJUDICE** and his motions

to amend (Docs. 9 & 10) are  **DENIED.**  It is further **ORDERED** that plaintiff's motion

for a preliminary injunction (Doc.11) be and is hereby **DENIED.**  Plaintiff may file a new

complaint that names or properly identifies those suable entities that he claims are

responsible for the injuries suffered if said complaint is filed within sixty (60) days of the

entry of this Order.

      **DONE** this 3rd day of February, 2010.

                        s/WILLIAM H. STEELE
                        **UNITED STATES DISTRICT JUDGE**